856

No. 1444.   JORDAN v. RAGEN, WARDEN.   June 16, 1947. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 1449.   BAKER v. UTECHT ET AL., AGENTS.   June 16, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   Petitioner *pro se. J. A. A. Burnquist,* Attorney General of Minnesota, and *Ralph A. Stone,* Assistant Attorney General, for Utecht, respondent.

No. 1453.   FRANKLIN v. NIERSTHEIMER, WARDEN. Petition for writ of certiorari to the Circuit Court of Randolph County, Illinois;

No. 1454.   BALDRIDGE v. RAGEN, WARDEN.   Petition for writ of certiorari to the Circuit Court of Madison County, Illinois;

No. 1455.   FLAHERTY v. ILLINOIS.   Petition for writ of certiorari to the Supreme Court of Illinois; and

No. 1456.   KERBECK v. RAGEN, WARDEN.   Petition for writ of certiorari to the Criminal Court of Cook County, Illinois.   June 16, 1947.   Denied.   Reported below: No. 1455, 396 Ill. 304, 71 N. E. 2d 779.

No. 1461.   CAMPBELL v. MAYO, CUSTODIAN.   June 16, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.

No. 1463.   DYKES v. NIERSTHEIMER, WARDEN.   June 16, 1947.   Petition for writ of certiorari to the Supreme Court of Illinois denied.